UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS A. PERAZA, | ) | CASE NO. CV 14-2656 AGR |
|                Plaintiff, | ) ) | JUDGMENT |
|    v. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
|                Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: November 21, 2014

                                       ALICIA G. ROSENBERG
                                     United States Magistrate Judge